AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAY 2 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ENRIQUE HERVER-VARGAS | CASE NUMBER: 08 MJ 8430 / 08CR1758-LAB |

I, ENRIQUE HERVER-VARGAS, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _May 29 08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Enrique Herver Vargas_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer